**Shank/Balfour BEATTY, a joint venture, Plaintiff–Appellant,**

v.

**INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL UNION NO. 12, a labor organization, Defendant–Appellee.**

No. 00–56786.

D.C. No. CV–99–00439–RT.

United States Court of Appeals, Ninth Circuit.

Submitted Dec. 5, 2001.[1]

Decided Dec. 26, 2001.

Before BROWNING, REINHARDT, and TALLMAN, Circuit Judges.

MEMORANDUM [2]

We affirm the district court's judgment confirming an arbitration award.

Shank/Balfour Beatty argues that the arbitrator's decision was contrary to the plain and unequivocal terms of the two collective bargaining agreements, and the arbitrator merely "dispense[d] his own brand of industrial justice." *United Steelworkers v. Enterprise Wheel & Car Corp.,* 363 U.S. 593, 597, 80 S.Ct. 1358, 4 L.Ed.2d 1424 (1960). We agree with the district court, however, that the two contracts at issue, when read together, are ambiguous as to staffing requirements, and that the

---

**1.** The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

arbitrator's opinion offers a plausible interpretation of them. "As bears repeating, 'so far as the arbitrator's decision *concerns* construction of the contract '"—as it does here—"the courts have no business overruling him because their interpretation of the contract is different from his." *Hawaii Teamsters & Allied Workers Union v. United Parcel Service*, 241 F.3d 1177, 1183 (9th Cir.2001) (quoting *Enterprise Wheel*, 363 U .S. at 599) (emphasis in original). We reject Shank's attempt to "open a back door to judicial review of the merits of an arbitration award." *Id.* at 1183.

**AFFIRMED.**

---

* The panel granted an unopposed motion to submit this appeal on the briefs without oral argument.

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.